# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JEFFREY J. TILLMAN, | : No. 37 MM 2015 |
| Petitioner | : |
| v. | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL. AND THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Petition for Leave to File Notice of Appeal *Nunc Pro Tunc* is **DENIED**.